**DISMISS and Opinion Filed February 6, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00491-CV

**JENNIFER HOLLOWAY, Appellant**
**V.**
**GUILD MORTGAGE COMPANY, A CALIFORNIA CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02027-B**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Bridges

This appeal challenges the trial court's judgment of eviction. Appellee owned the house at issue at the time of judgment but has since sold it. Asserting the appeal has become moot as a result, appellee has filed a motion to dismiss the appeal. *See Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (court cannot decide case that has become moot). Although more than ten days have passed since the motion was filed, appellant has not filed a response.

The sole issue in an eviction suit is the right to actual possession of the premises. *See Rice v. Pinney*, 51 S.W.3d 705, 709 (Tex. App.—Dallas 2001, no pet.). Because appellee no longer owns the subject property, it no longer has a right to its possession and a justiciable controversy between the parties no longer exists. When a justiciable controversy between parties in a case ceases to exist, the case becomes moot. *See Heckman*, 369 S.W.3d at 162. Accordingly, we grant

appellee's motion and dismiss the appeal. *See* Tᴇx. R. Aᴘᴘ. P. 42.3(a); *Heckman*, 369 S.W.3d at 162.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190491F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JENNIFER HOLLOWAY, Appellant

No. 05-19-00491-CV        V.

GUILD MORTGAGE COMPANY, A
CALIFORNIA CORPORATION, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-19-02027-B.
Opinion delivered by Justice Bridges,
Justices Whitehill and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered February 6, 2020.